

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00042-CV

MARCUS Q. BUTLER, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

On Appeal from the 12th District Court
Madison County, Texas
Trial Court No. 18-16128

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant Marcus Q. Butler filed a timely pro se notice of appeal on April 24, 2023.[1] The clerk's record was filed on April 28, 2023. The original deadline for Butler's appellate brief was May 30, 2023. On Butler's motion, we extended the briefing deadline to June 29, 2023.

On May 24, 2023, we received a document that purported to be Butler's appellate brief. On that same date, we sent Butler a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Butler with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Butler that if he did not file a brief that complied with Rule 38.1 by June 29, 2023, this Court could dismiss the appeal. While Butler did file another document purporting to be his brief, that document, like the first, was inadequate to serve as a brief under the requirements of Rule 38.1. As a result, Butler's appeal is ripe for dismissal.[2]

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001. We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

[2]Having provided Butler with ample opportunity to file a proper brief in this matter, we are disinclined to provide Butler with further direction on how to file a brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure. Moreover, we do not have the opposing party's brief and, therefore, cannot affirm upon that brief without examining the record. *See* TEX. R. APP. P. 38.8(a)(3).

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Running v. City of Athens*, No. 12-18-00047-CV, 2018 WL 2326775, at *1 (Tex. App.—Tyler, May 23, 2018, no pet.) (per curiam) (mem. op.).


Charles van Cleef
Justice

Date Submitted:     July 13, 2023
Date Decided:       July 14, 2023